IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| THE NATURE CONSERVANCY, ) | |
| ) | CIVIL NO. 2004/35 |
| Plaintiff, ) | |
| v. ) | ACTION FOR SLANDER |
| ) | OF TITLE, INJUNCTION, |
| MTHC II, LLP, ) | AND DECLARATORY |
| ) | RELIEF |
| Defendant. ) | |
| MTHC II, LLP, ) | |
| ) | |
| Counterclaimant, ) | |
| v. ) | |
| ) | |
| THE NATURE CONSERVANCY, ) | |
| ) | |
| Counterclaim Defendant. ) | |
| THE NATURE CONSERVANCY, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| v. ) | |
| ) | |
| WILLIAM OTTO d/b/a DAVID JONES ) | |
| REAL ESTATE, ) | |
| ) | |
| Third-Party Defendant. ) | |

## ORDER

Based upon the Stipulation of The Nature Conservancy and MTHC II, LLP and for good cause shown, it is accordingly

**ORDERED** that these parties have until August 15, 2008 within which to file a Stipulation for Dismissal with Prejudice.

SO ORDERED this ___6th___ day of August 2008.

Honorable Ronald L. Buckwalter